UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAMAR BRUNO, JR,

    Plaintiff,

v.   Case No. 3:22cv1621-LC-HTC

BOARD OF COUNTY COMMISSIONERS,
ESCAMBIA COUNTY JAIL ADMINISTRATION,
ESCAMBIA COUNTY JAIL HEALTHCARE PROVIDER,

    Defendants.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on March 4, 2022 (ECF No. 7).  The court furnished Plaintiff a copy of the Report and Recommendation and afforded him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this order.

2. The case is DISMISSED as MOOT.

3. The clerk of court is directed to close this case file.

**DONE AND ORDERED** this 6th day of April 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**